IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AFAN ETORIA HUMPHREY,
ADC #123572                                                                                         PLAINTIFF

v.                                           5:06CV00195HLJ

LARRY NORRIS, et al.                                                                         DEFENDANTS

MEMORANDUM AND ORDER

On October 6, 2006, this Court entered an Order directing plaintiff to file a response to defendants' motion to dismiss within ten days of the date of the Order (DE #21).  The Court further advised plaintiff that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of his complaint.  As of this date, plaintiff has not responded to the motion, or otherwise corresponded with this Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of plaintiff's failure to respond to this Court's October 6, 2006 Order, the Court will dismiss the complaint without prejudice.  Accordingly,

IT IS, THEREFORE, ORDERED that this complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 21st day of November, 2006.

_Henry L. Jones, Jr._
United States Magistrate Judge