IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AFAN ETORIA HUMPHREY,
ADC #123572                                                                                           PLAINTIFF

v.                                              5:06CV00195HLJ

LARRY NORRIS, et al.                                                                         DEFENDANTS

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 21st day of November, 2006.

_____
United States Magistrate Judge